TO: Judge: James E. Shadid

    I keep on filing Motions for Status update and Appointment of Counsel and you keep on issuing Response Dates. This is third time. If Defendants have failed to Answer by now I'm asking that you Rule in my favor and Appoint me counsel. I've Already provided this Court with names of Counsel that Already Represent me in Class claim if it would make it any easier on this Court. Since defendants have deliberately failed to Respond I believe it is in my right to Receive Counsel as Requested So that this Case can be under way.

Respectfully,

Samuel Span # R12605
Pontiac Correctional Center

Span -vs- Melvin, et. Al  1:18-cv-01078

DAte 6-6-18

SCANNED at PCC and E-Mailed
6/7/18 (date) by KK (initials)
1 (# of pages)